IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LISA CROOM, | : |
| Plaintiff, | : |
| vs. | :   CA 14-0585-C |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $3,385.79 under the Equal Access to Justice Act, representing compensation for 17.85 hours of service by William T. Coplin, Jr., Esquire, at the cost-of-living-adjusted rate of $189.68.

**DONE** this the 23rd day of May, 2016.

                                       s/WILLIAM E. CASSADY
                                       **UNITED STATES MAGISTRATE JUDGE**